```
                   UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ROME DIVISION

IN RE: DEBORAH JEAN HOBLEY,      {   CHAPTER 13
                                 {
                                 {
       DEBTOR(S)                 {   CASE NO. R18-41030-PWB
                                 {
                                 {   JUDGE BONAPFEL
```

**SUPPLEMENTAL OBJECTION TO CONFIRMATION**

     COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

     1. The amended Chapter 13 plan filed September 20, 2018 fails to indicate the proposed change(s) to Section(s) 8.1 at the top right of the form, possibly rendering those changes ineffective. General Order No. 21-2017.

     WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                              _____/s/_____
                              Brandi L. Kirkland, Attorney
                              for Chapter 13   Trustee
                              GA Bar No. 423627
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
brandik@atlch13tt.com

R18-41030-PWB

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served

DEBTOR(S):

DEBORAH JEAN HOBLEY
35 SADDLE FIELD CIRCLE
CARTERVILLE, GA 30121

ATTORNEY FOR DEBTOR(S):

SLIPAKOFF & SLOMKA, PC
OVERLOOK III - SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA 30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 3rd day of October 2018


                /s/
Brandi L. Kirkland, Attorney
for Chapter 13   Trustee
GA Bar No. 423627




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
brandik@atlch13tt.com